# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:12–cv–01197–LTB

| | |
|---|---|
| Al–Amin v. Davis et al | Date Filed: 05/08/2012 |
| Assigned to: Judge Lewis T. Babcock | Date Terminated: 05/15/2012 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Jamil Abdullah Al–Amin**    represented by    **Ian L. Saffer**
Kilpatrick Townsend &Stockton, LLP–Denver
1400 Wewatta Street
#600
Denver, CO 80202
303–571–4000
Fax: 303–571–4321
Email: isaffer@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Blake Davis**
*Warden, ADX Florence*

**Respondent**

**Samuel S. Olens**
*Attorney General of the State of Georgia*

**Respondent**

**Brian Owens**
*Commissioner of the Georgia Department of Corrections*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2012 | 1 | APPLICATION for Writ of Habeas Corpus Pursuant to 28 USC 2254 (Filing fee $ 5, Receipt Number 1082–2829990), filed by Jamil Abdullah Al–Amin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2A, # 3 Exhibit 2B, part 1, # 4 Exhibit 2B, part 2, # 5 Exhibit 2C, # 6 Exhibit 2D, # 7 Exhibit 2E, # 8 Exhibit 2F, # 9 Exhibit 2G, # 10 Exhibit 3, # 11 Exhibit 4, # 12 Exhibit 5, # 13 Civil Cover Sheet, # 14 Summons Blake Davis, # 15 Summons Samuel S. Olens, # 16 Summons Brian Owens, # 17 Application for a Writ of Habeas Corpus, # 18 Certificate of Service)(Saffer, Ian) (Entered: 05/08/2012) |
| 05/09/2012 | 2 | Case assigned to Magistrate Judge Boyd N. Boland Text Only Entry (dkals, ) (Entered: 05/09/2012) |

| | | |
|---|---|---|
| 05/15/2012 | 3 | ORDER Transferring Case. ORDERED that the clerk of the Court transfer this action to the United States District Court for the Northern District of Georgia, Atlanta Division, by Judge Lewis T. Babcock on 5/15/12. (lygsl, ) (Entered: 05/15/2012) |