IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH ALAMIN, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| BLAKE DAVIS, Warden, ADX | : | CIVIL ACTION NO. |
| Florence; SAMUEL S. OLENS, | : | 1:12-CV-1688-AT-GGB |
| Attorney General of the State of | : | |
| Georgia; COMMISSIONER | : | |
| BRIAN OWENS, Commissioner | : | |
| of the Georgia Department of | : | |
| Corrections, | : | |
| Respondents. | : | |

## ORDER

Petitioner, Jamil Abdullah Alamin, through counsel, seeks via 28 U.S.C. § 2254 to challenge the constitutionality of his March 13, 2002, convictions in the Fulton County Superior Court.

**IT IS ORDERED** that the Clerk transmit a copy of the petition and this Order by certified mail to Respondents. Respondents shall show cause within thirty (30) days of the receipt of this Order why the writ should not be granted; and, in

AO 72A
(Rev.8/82)

connection therewith, Respondents shall transmit to this Court such pleadings, transcripts and decisions as are available and required to determine the issues raised.

**IT IS SO ORDERED**, this 3rd day of July, 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)