```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


JAMIL ABDULLAH ALAMIN,           *      CIVIL ACTION NO.
                                 *      1:12-CV-1688-AT-GGB
      Petitioner,                *
                                 *
v.                               *      HABEAS CORPUS
                                 *      28 U.S.C. § 2254
BLAKE DAVID, Warden, ADX         *
Florence, SAMUEL S. OLENS,       *
Attorney General of the State    *
Of Georgia, COMMISSIONER         *
BRIAN OWENS, Commissioner        *
of the Georgia Department of     *
Corrections,                     *
                                 *
      Respondents.               *
```

## MOTION, AND SUPPORTING BRIEF, FOR AN EXTENSION OF TWO WEEKS IN WHICH TO FILE RESPONSIVE PLEADINGS

COMES NOW Respondents Owens and Samuel S. Olens, through counsel, and make this their motion and supporting brief for an extension of two weeks from August 6, 2012, in which to file responsive pleadings, as directed by the show cause order, by showing and stating as follows:

1.

The Court entered a show cause order in this case on July 3, 2012, directing Respondents to file responsive pleadings, and records from the underlying criminal case, within thirty days of receipt of the order.  The copy of the show cause order mailed to Respondent Olens was postmarked July 3, 2012, and received

three days later on July 6, 2012.  Using the July 6th date, Respondents' pleadings are due on Monday, August 6, 2012, as the thirtieth day fell on a Sunday.

2.

Respondents respectfully request an additional two weeks from August 6, 2012, in which to file responsive pleadings, due to deadlines in other cases assigned to Respondents' counsel of record, as well as the need for additional time to complete her review of the voluminous record in this case.  In the past two weeks alone, counsel has been preparing a brief in opposition to be filed in the United States Supreme Court that was also due on August 6th, an Eleventh Circuit brief, responsive pleadings in several federal cases, and preparing for an evidentiary hearing on August 7, 2012, which took more time than anticipated. Because of upcoming deadlines, Respondents request an additional two weeks in which to file responsive pleadings which thoroughly and accurately set forth Respondents' position.  Respondents aver that this request is not made for purposes of delay.

CONCLUSION

WHEREFORE, Respondents pray that the Court grant them an extension of two weeks from August 6, 2012, in which to file responsive pleadings.

Respectfully submitted,

SAMUEL S. OLENS             551540
Attorney General

MARY BETH WESTMORELAND      750150
Deputy Attorney General

s / Paula K. Smith _____
PAULA K. SMITH              662160
Senior Assistant Attorney General

Please serve:

PAULA K. SMITH
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia  30334-1300
Telephone: (404) 656-3351

3

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing MOTION, by filing the same electronically with the CM/ECF system:

>    Ian Saffer, Esq.
>    Heath R. Roettig, Esq.
>    1400 Wewatta Street, Suite 600
>    Denver, Colorado 80202
>
>    Ronald L. Raider, Esq.
>    C. Allken Garrett, Jr., Esq.
>    Kilpatrick Townsend & Stockton LLP
>    1100 Peachtree Street, Suite 2800
>    Atlanta, Georgia 30309-4528

This __6th__ day of August, 2012.


>    s / Paula K. Smith_____
>    Paula K. Smith
>    Senior Assistant Attorney General