IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH ALAMIN, | : | CIVIL ACTION NO. |
|    Petitioner, | : | 1:12-CV-1688-AT-GGB |
| v. | : | |
| | : | HABEAS CORPUS |
| BLAKE DAVID, Warden, et al., | : | 28 U.S.C. § 2254 |
|    Respondents. | : | |

**ORDER**

Presently before me is a motion for extension of time to respond to the Petitioner's habeas corpus petition brought under 28 U.S.C. § 2254 filed by Respondents Attorney General of the State of Georgia Samuel S. Olens and Georgia Department of Corrections Commissioner Brian Owens. [Doc. 6]. In their motion, Respondents seek a two-week extension from August 6, 2012, in which to respond to Petitioner's petition. For good cause shown, the motion is **GRANTED**, and Respondents shall have until August 17, 2012, to file its response to Petitioner's petition.

**IT IS SO ORDERED**, this 13th day of August, 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)