IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>                Petitioner,<br><br>    v.<br><br>BLAKE DAVIS, Warden, ADX Florence; SAMUEL S. OLENS, Attorney General of the State of Georgia; and BRIAN OWENS, Commissioner of the Georgia Department of Corrections,<br><br>                Respondents. | Civil Action No.<br>1:12-CV-1688-AT-GGB<br><br>Habeas Corpus<br>28 U.S.C. § 2254 |

## NOTICE OF APPEARANCE OF ATTORNEYS

PLEASE TAKE NOTICE that the attorneys listed below of the law firm of

Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street NE, Suite 2800,

Atlanta, Georgia 30309-4530, are hereby making an appearance as counsel for

Petitioner Jamil Abullah Al-Amin:

        A. Stephens Clay (Ga. Bar No. 129400)
        Ronald L. Raider (Ga. Bar No. 592192)
        C. Allen Garrett Jr. (Ga. Bar No. 286335)
        **KILPATRICK TOWNSEND &**
          **STOCKTON LLP**
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia 30309-4528
        Telephone:  (404) 815-6500
        Facsimile:  (404) 815-6555
        sclay@kilpatricktownsend.com
        rraider@kilpatricktownsend.com
        agarrett@kilpatricktownsend.com

Attorney C. Allen Garrett Jr. hereby requests designation as lead counsel of record for the Petitioner, Jamil Abdullah Al-Amin.

The undersigned requests service of all pleadings, notices, and calendars affecting this action.

Respectfully submitted this the 29th day of August, 2012.

    s/ C. Allen Garrett Jr.
A. Stephens Clay (Ga. Bar No. 129400)
Ronald L. Raider (Ga. Bar No. 592192)
C. Allen Garrett Jr. (Ga. Bar No. 286335)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Ian Saffer
Heath R. Roettig
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

*Attorneys for Petitioner*
*Jamil Abdullah Al-Amin*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing "Notice of Appearance of Attorneys" was filed electronically with the Clerk of Court this date using the CM/ECF system and that a copy was served upon counsel below by U.S. mail, first-class postage prepaid, addressed to:

> PAULA K. SMITH
> Senior Assistant Attorney General
> Georgia Department of Law
> 40 Capitol Square SW
> Atlanta, Georgia 30334-1300
> Telephone: (404) 656-3351

This 29th day of August, 2012.

| | |
|---|---|
| | /s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND | C. Allen Garrett Jr. |
|   & STOCKTON LLP | Georgia Bar No. 286335 |
| 1100 Peachtree Street, Suite 2800 | agarrett@kilpatricktownsend.com |
| Atlanta, Georgia 30309-4528 | |
| Telephone: (404) 815-6500 | *One of the Attorneys for Petitioner* |
| Facsimile: (404) 815-6555 | *Jamil Abdullah Al-Amin* |