IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>Petitioner,<br><br>v.<br><br>BLAKE DAVIS, Warden, ADX Florence; SAMUEL S. OLENS, Attorney General of the State of Georgia; and BRIAN OWENS, Commissioner of the Georgia Department of Corrections,<br><br>Respondents. | CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

**PETITIONER'S STATEMENT OF NO OPPOSITION TO
MOTION TO DISMISS ATTORNEY GENERAL SAMUEL S. OLENS
AS AN IMPROPER PARTY RESPONDENT**

Petitioner Jamil Abdullah Al-Amin, by and through his undersigned counsel, respectfully states that he does not oppose the "Motion to Dismiss Attorney General Samuel S. Olens as an Improper Party Respondent." (Dkt. No. 9.)

Mr. Al-Amin agrees to the dismissal of Attorney General Olens as a Respondent based on the representations in the "Brief in Support of Motion to Dismiss Attorney General Samuel S. Olens as an Improper Party Respondent" that Respondent Brian Owens "is a proper party Respondent as he is the head of

Georgia's state prison system, was a party to the agreement to transfer Petitioner to federal custody, and is Petitioner's constructive Georgia custodian while Petitioner serves his Georgia sentence in Supermax."  (Dkt. No. 9-1, at 2.)  Should Mr. Owens subsequently take the position that he is not a proper Respondent, Mr. Al-Amin reserves the right to add Attorney General Olens as a Respondent.

Respectfully submitted this 18th day of September, 2012.

> s/ C. Allen Garrett Jr.
> A. Stephens Clay (Ga. Bar No. 129400)
> Ronald L. Raider (Ga. Bar No. 592192)
> C. Allen Garrett Jr. (Ga. Bar No. 286335)
> KILPATRICK TOWNSEND & STOCKTON LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, GA 30309-4528
> Telephone: (404) 815-6500
> Facsimile: (404) 815-6555
>
> Ian Saffer
> Heath R. Roettig
> KILPATRICK TOWNSEND & STOCKTON LLP
> 1400 Wewatta Street, Suite 600
> Denver, Colorado  80202
> Telephone:  (303) 571-4000
> Facsimile:  (303) 571-4321
>
> *Attorneys for Petitioner*
> *Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(B).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

This 18th day of September, 2012.

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555 | /s/ C. Allen Garrett Jr.<br>C. Allen Garrett Jr.<br>Georgia Bar No. 286335<br>agarrett@kilpatricktownsend.com<br><br>*One of the Attorneys for Petitioner*<br>*Jamil Abdullah Al-Amin* |

US2000 12569153 1