IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| BLAKE DAVIS, Warden, ADX | : | CIVIL ACTION NO. |
| Florence; SAMUEL S. OLENS, | : | 1:12-CV-1688-AT-GGB |
| Attorney General of the State of | : | |
| Georgia; COMMISSIONER | : | |
| BRIAN OWENS, Commissioner | : | |
| of the Georgia Department of | : | |
| Corrections, | : | |
| Respondents. | : | |

**ORDER AND NON-FINAL REPORT AND RECOMMENDATION**

Presently pending before me in the above-referenced action is a Motion to Dismiss Attorney General Samuel S. Olens As An Improper Party Respondent [Doc. 9]. Petitioner has filed a response to the motion [Doc. 37], indicating that he does not oppose it.[1]

Rule 2 of the Rules Governing Habeas Corpus Cases Under Section 2254 states that the state officer having custody of the petitioner shall be named as respondent.

---

[1] Petitioner's unopposed motion for extension of time to respond to the motion [Doc. 11] is **GRANTED** *nunc pro tunc*.

Because Respondent Attorney General Samuel S. Olens is not the state officer having custody of Petitioner, **IT IS RECOMMENDED** that his motion to dismiss as an improper party respondent [Doc. 9] be **GRANTED**.

    **IT IS SO ORDERED AND RECOMMENDED**, this 30th day of November, 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A (Rev.8/82)