IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| DAVID A. BERKEBILE, | : | CIVIL ACTION NO. |
| Warden, ADX Florence; | : | 1:12-CV-1688-AT-GGB |
| COMMISSIONER BRIAN | : | |
| OWENS, Commissioner of the | : | |
| Georgia Department of | : | |
| Corrections, | : | |
| Respondents. | : | |

**<u>ORDER</u>**

Petitioner, Jamil Abdullah Al-Amin, through counsel, seeks via 28 U.S.C. § 2254 to challenge the constitutionality of his March 13, 2002, convictions in the Fulton County Superior Court. On July 3, 2012, I entered an order directing the Clerk to transmit a copy of the petition to Respondents and for Respondents to show cause why the writ should not be granted. [Doc. 5]. On August 17, 2012, Respondent Brian Owens, Commissioner of the Georgia Department of Corrections, filed a response to the original petition. [Doc. 8]. On August 30, 2012, Petitioner filed an unopposed motion for an extension of time to file an amended habeas corpus

petition. [Doc. 11]. On September 18, 2012, Petitioner filed an amended petition.[1] [Doc. 38]. The motion for an extension of time to file an amended petition [Doc. 11] is **GRANTED**.

Respondents are **DIRECTED** to file a response to the amended petition within twenty (20) days of the date of this order.

The Attorney General is **DIRECTED** to clarify whether he intends to enter an appearance on behalf of Warden David Berkebile.

**IT IS SO ORDERED**, this 17th day of December, 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

---

[1] In the amended petition, Petitioner indicates that David Berkebile is currently the warden of the Federal Administrative Maximum Security Prison in Florence, Colorado. Accordingly, the Clerk is **DIRECTED** to substitute David Berkebile for Blake Davis as a Respondent.