FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 21 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ADBULLAH ALAMIN, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:12-CV-1688-AT |
| SAMUEL S. OLENS, et al, | : |
| Respondents. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 39]. The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **GRANTS** the motion to dismiss Attorney General Samuel S. Olens as an improper party

respondent [Doc. 9]. This matter is returned to the Magistrate Judge for further proceedings.

It is so **ORDERED** this 21st day of December, 2012.

_____
Amy Totenberg
United States District Judge