# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>DAVID A. BERKEBILE, Warden,<br>ADX Florence, and BRIAN OWENS,<br>Commissioner of the Georgia<br>Department of Corrections,<br><br>　　　　　　Respondents. | CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

## NOTICE OF APPEARANCE OF ATTORNEY

PLEASE TAKE NOTICE that the attorney listed below is hereby making an appearance as counsel for Petitioner Jamil Abdullah Al-Amin:

> Miles J. Alexander
> Georgia Bar No. 009000
> **KILPATRICK TOWNSEND &**
> **　STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4528
> Telephone:  (404) 815-6500
> Facsimile:  (404) 815-6555
> malexander@kilpatricktownsend.com

The undersigned requests service of all pleadings, notices, and calendars affecting this action.

- 2 -

Respectfully submitted this the 24th day of January, 2013.

|  |  |
|---|---|
|  | s/ Miles J. Alexander |
| Ian Saffer | A. Stephens Clay (Ga. Bar No. 129400) |
| Heath R. Roettig | Miles J. Alexander (Ga. Bar No. 009000) |
| KILPATRICK TOWNSEND & | Ronald L. Raider (Ga. Bar No. 592192) |
| STOCKTON LLP | C. Allen Garrett Jr. (Ga. Bar No. 286335) |
| 1400 Wewatta Street | KILPATRICK TOWNSEND & STOCKTON LLP |
| Suite 600 | 1100 Peachtree Street, Suite 2800 |
| Denver, Colorado  80202 | Atlanta, GA 30309-4528 |
| Telephone:  (303) 571-4000 | Telephone: (404) 815-6500 |
| Facsimile:  (303) 571-4321 | Facsimile: (404) 815-6555 |

*Attorneys for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1 AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman font, 14 point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C), and was electronically filed with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record who have registered for CM/ECF notifications.

This 24th day of January, 2013.

KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

s/Miles J. Alexander
Miles J. Alexander
Georgia Bar No. 009000
malexander@kilpatricktownsend.com

*One of the Attorneys for Petitioner Jamil Abdullah Al-Amin*