FILED IN CHAMBERS
U.S. MAGISTRATE JUDGE
N.D. GEORGIA
MAR - 4 2013
by /s/ Edwards

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| DAVID A. BERKEBILE, | : | CIVIL ACTION NO. |
| Warden, ADX Florence; BRIAN | : | 1:12-CV-1688-AT-GGB |
| OWENS, Commissioner of the | : | |
| Georgia Department of | : | |
| Corrections, | : | |
| Respondents. | : | |

## ORDER

This matter is before me on "Petitioner's Notice of Intent to File Second Amended Habeas Petition (with Consent of Opposing Counsel) and Unopposed Motion to Vacate Briefing Schedule." [Doc. 47]. For good cause shown, I find that the motion should be and is **GRANTED**. The briefing schedule entered on January 25, 2013 [Doc. 46] is **VACATED**. Petitioner has until March 27, 2013, to file his second amended habeas petition.

**IT IS SO ORDERED**, this 4th day of March, 2013.

GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)