IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER BRIAN | : | CIVIL ACTION NO. |
| OWENS, Commissioner of the | : | 1:12-CV-1688-AT-GGB |
| Georgia Department of | : | |
| Corrections; DAVID A. | : | |
| BERKEBILE, Warden, ADX | : | |
| Florence, | : | |
| Respondents. | : | |

**ORDER**

Petitioner, Jamil Abdullah Alamin, through counsel, seeks via 28 U.S.C. § 2254 to challenge the constitutionality of his March 13, 2002, convictions in the Fulton County Superior Court. Petitioner has filed a second amended petition. [Doc. 53]. Throughout the petition, Petitioner has failed to specifically cite to the record in support of many of his factual allegations. In the areas where the record is cited to in support of a statement, it does not correspond to the electronic record appearing on this Court's docket. Therefore, I am unable to locate those cites in the record.

The record in this case is voluminous. As noted by Respondent in the initial response to the petition, Respondent has submitted 48 volumes of the state habeas

AO 72A
(Rev.8/82)

corpus transcript comprising almost 20,000 pages. [Doc. 8 at 8]. While I appreciate the fact that Petitioner's counsel is appearing *pro bono*, it would overburden the Court's resources to locate on its own all of the information referenced in Petitioner's second amended complaint in this Court's record.

Accordingly, Petitioner is **DIRECTED** within 14 days of the date of this Order to re-file his second amended petition. Any fact relied on in the petition must include a cite to the attachment and page number given by the Adobe File Reader linked to the Court's case file database ("CM/ECF").

After Petitioner re-files his petition, Respondents shall show cause within thirty (30) days of the receipt of the petition why the writ should not be granted. Respondents are also directed to cite to the state court record as it appears on this Court's docket in CM/ECF.

**IT IS SO ORDERED**, this 21st day of June, 2013.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)