IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | * | CIVIL ACTION NO. |
| | * | 1:12-CV-1688-AT-GGB |
| Petitioner, | * | |
| | * | |
| v. | * | HABEAS CORPUS |
| | * | 28 U.S.C. § 2254 |
| DAVID A. BERKEBILE, Warden, | * | |
| ADX Florence, and | * | |
| BRIAN OWENS, Commissioner | * | |
| of the Georgia Department of | * | |
| Corrections, | * | |
| | * | |
| Respondents. | * | |

MOTION AND SUPPORTING BRIEF TO STRIKE EXHIBITS 11-29

COMES NOW Respondent Owens, through counsel, and makes this motion to strike Exhibits 11-29 (Doc. 57-1 through 57-19), as they are not part of the state court record, by showing and stating as follows:

1.

With his corrected second amended petition (Doc. 57), Petitioner attached 19 exhibits which are not part of the state court record as generated at trial, the direct appeal and the state collateral attack. Respondent objects to the Court's consideration of any of these exhibits and may not be considered by the Court in determining whether the state courts' merits adjudications warrant deference under

28 U.S.C. § 2254(d). <u>Cullen v. Pinholster</u>, ___ U.S. ___, 131 S.Ct. 1388, 1398 (2011).

2.

Specifically, Exhibit 11 is Petitioner's affidavit executed in January 2009 and submitted in a civil rights case and is not relevant to nor probative of the claims he is raising in this case alleging violations of his constitutional rights at his state criminal trial.

3.

Exhibits 12 -16, 18-20, and 22-29 are articles or excerpts from media publications and are not relevant to nor probative of the alleged constitutional violations that Petitioner claims occurred at his state criminal trial.  They are also hearsay.

4.

Exhibit 17 is a copy of 18 U.S.C. §§ 2101-2102 of the civil rights statute. This not a civil rights case.  This is a federal habeas corpus case filed under 28 U.S.C. § 2254 involving a challenge to the validity of Petitioner's Fulton County convictions and sentences for malice murder, obstruction of law enforcement officer, aggravated battery on a peace officer and possession of a firearm during the commission of a felony.  The issues for this Court to decide are whether

Petitioner's Fifth, Sixth and Fourteenth Amendment rights were violated as alleged in the four claims for relief.

5.

Exhibit 18 is a copy of an amicus brief that Petitioner and others filed in a United States Supreme Court case in 1987. It is not relevant to nor probative of the alleged constitutional violations that Petitioner alleges occurred at his criminal trial in 2002.

6.

Petitioner did not seek to expand the record under Rule 7 of the Rules Governing §2254 Cases to include these exhibits. Had Petitioner attempted to do so, Respondent would have opposed the request to expand the record to include this irrelevant information, as it is not "evidence."

7.

As asserted in Respondent's second supplemental answer, the Court should decline to consider these exhibits and the purported "facts" alleged in Part III of the corrected second amended petition which rely on these materials.

CONCLUSION

WHEREFORE, Respondent prays that the Court strike Exhibits 11-29 from the record and decline to consider them.

Respectfully submitted,

SAMUEL S. OLENS                551540
Attorney General

BETH A. BURTON                 027500
Deputy Attorney General

s / Paula K. Smith _____
PAULA K. SMITH                 662160
Senior Assistant Attorney General

Please serve:

PAULA K. SMITH
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia  30334-1300
Telephone: (404) 656-3351

4

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing MOTION, by filing the same electronically with the CM/ECF system:

>A. Stephens Clay, Esq.
>Miles J. Alexander, Esq.
>Ronald L. Raider, Esq.
>C. Allen Garrett, Jr., Esq.
>Kilpatrick Townsend & Stockton LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309-4528

This __30th__ day of August, 2013.

>s / Paula K. Smith_____
>Paula K. Smith
>Senior Assistant Attorney General