IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>Petitioner,<br><br>v.<br><br>DAVID A. BERKEBILE, Warden, ADX Florence, and BRIAN OWENS, Commissioner of the Georgia Department of Corrections,<br><br>Respondents. | CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

**NOTICE OF PARTIES' EFFORTS TO RESOLVE RECORD AND SCHEDULING ISSUES**

Petitioner Jamil Abdullah Al-Amin and Respondent Brian Owens respectfully notify the Court that the parties are endeavoring to resolve issues relating to the state court record by agreement and to propose a consent scheduling order governing Petitioner's anticipated motions and further briefing. The parties anticipate submitting a proposed consent scheduling order no later than October 22, 2013. The parties wanted to provide notice promptly of their continuing efforts to resolve these issues by agreement in light of the recent submission of Respondent's Motion to Strike to the Magistrate Judge.

Respectfully submitted this 15th day of October, 2013.

| | |
|---|---|
| | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND & STOCKTON LLP | A. Stephens Clay (Ga. Bar 129400) |
| | Miles J. Alexander (Ga. Bar 009000) |
| 1100 Peachtree Street, Suite 2800 | Ronald L. Raider (Ga. Bar 592192) |
| Atlanta, Georgia 30309-4528 | C. Allen Garrett Jr. (Ga. Bar 286335) |
| Telephone: (404) 815-6500 | sclay@kilpatricktownsend.com |
| Facsimile: (404) 815-6555 | malexander@kilpatricktownsend.com |
| | rraider@kilpatricktownsend.com |
| | agarrett@kilpatricktownsend.com |

*Attorneys for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

This 15th day of October, 2013.

| | |
|---|---|
| | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND | C. Allen Garrett Jr. |
|   &amp; STOCKTON LLP | Georgia Bar No. 286335 |
| 1100 Peachtree Street, Suite 2800 | agarrett@kilpatricktownsend.com |
| Atlanta, Georgia 30309-4528 | |
| Telephone: (404) 815-6500 | *One of the Attorneys for Petitioner* |
| Facsimile: (404) 815-6555 | *Jamil Abdullah Al-Amin* |