# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | CIVIL ACTION NO. |
|     Petitioner, | : | 1:12-CV-1688-AT-GGB |
| v. | : | |
| | : | HABEAS CORPUS |
| DAVID A. BERKEBILE, Warden, | : | 28 U.S.C. § 2254 |
| ADX Florence, et al., | : | |
|     Respondents. | : | |

## PARTIAL SCHEDULING ORDER

This matter having come before the Court on Petitioner Jamil Abdullah Al-Amin's "Unopposed Motion for Entry of a Partial Scheduling Order," and the Court having considered the Motion and the record in this case, and good cause having been shown, it is hereby **ORDERED AND ADJUDGED** that the following Partial Scheduling Order govern further proceedings in this action:

    1. Respondent Brian Owens will file the indexed record prepared by the state habeas court in connection with Mr. Al-Amin's Application for a Certificate of Probable Cause to the Georgia Supreme Court on or before November 1, 2013.

    2. Following the parties' meeting with the state trial court judge regarding other state court record issues, if additional time is required to investigate the state court record issues, the parties promptly will so inform the Court.

AO 72A
(Rev.8/82)

3. Petitioner will file his motion to expand the record and his motion for leave to conduct discovery within 30 days of the parties having completed their efforts to resolve the state court record issues.

4. The deadlines for further filings after the foregoing motions have been resolved (and any authorized discovery has been conducted) will be addressed in a future scheduling order.

**IT IS SO ORDERED**, this 30th day of October, 2013.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)