# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, | CIVIL ACTION NO. 1:12-CV-1688-AT-GGB |
| Petitioner, | |
| v. | HABEAS CORPUS 28 U.S.C. § 2254 |
| DAVID A. BERKEBILE, Warden, ADX Florence, and BRIAN OWENS, Commissioner of the Georgia Department of Corrections, | |
| Respondents. | |

**NOTICE OF PARTIES' MEETING WITH STATE TRIAL COURT JUDGE**

Petitioner Jamil Al-Amin and Respondent Brian Owens respectfully notify the Court that on November 25, 2013, counsel for the parties met with Fulton County Superior Court Senior Judge Stephanie B. Manis (the trial judge in Mr. Al-Amin's underlying trial) regarding certain state court record issues.  The meeting was productive but additional time is needed to investigate the issues.  Both parties will be contacting other persons regarding the record issues over the next few weeks, in an effort to resolve the issues by the end of the year.  The parties will provide a further update to the Court by the week of January 6, 2014.

Respectfully submitted this 26th day of November, 2013.

| | |
|---|---|
| | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND & STOCKTON LLP | A. Stephens Clay (Ga. Bar 129400) |
| | Miles J. Alexander (Ga. Bar 009000) |
| 1100 Peachtree Street, Suite 2800 | Ronald L. Raider (Ga. Bar 592192) |
| Atlanta, Georgia 30309-4528 | C. Allen Garrett Jr. (Ga. Bar 286335) |
| Telephone: (404) 815-6500 | sclay@kilpatricktownsend.com |
| Facsimile: (404) 815-6555 | malexander@kilpatricktownsend.com |
| | rraider@kilpatricktownsend.com |
| | agarrett@kilpatricktownsend.com |

*Attorneys for Petitioner Jamil Abdullah Al-Amin*

- 2 -

US2000 12894820 4

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

This 26th day of November, 2013.

| | |
|---|---|
| | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND   & STOCKTON LLP | C. Allen Garrett Jr.
Georgia Bar No. 286335 |
| 1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528 | agarrett@kilpatricktownsend.com |
| Telephone: (404) 815-6500
Facsimile: (404) 815-6555 | *One of the Attorneys for Petitioner Jamil Abdullah Al-Amin* |