IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>Petitioner,<br><br>v.<br><br>DAVID A. BERKEBILE, Warden, ADX Florence, and BRIAN OWENS, Commissioner of the Georgia Department of Corrections,<br><br>Respondents. | CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

**SECOND NOTICE OF DEVELOPMENTS REGARDING
STATE COURT RECORD**

Petitioner Jamil Al-Amin and Respondent Brian Owens respectfully provide the Court with a second notice of additional developments relative to the state court record.

1. On January 10, 2014, the parties notified the Court of 56 envelopes of sealed materials from Mr. Al-Amin's underlying trial that counsel for the parties had not reviewed and that currently are not included in the state court record filed in this action.  (Doc. 70.)  The parties further notified the Court that, pursuant to a joint motion of the parties, the Georgia Supreme Court had ordered the Fulton

County Superior Court to transmit the sealed records to the Supreme Court, or to certify that the records could not be located, by January 31, 2014.  (*Id.* Ex. B.)

2. After contacting the Fulton County Superior Court's clerk's office regarding the status of the sealed records in mid-January, counsel for Mr. Al-Amin visited the Georgia Supreme Court on February 4, 2014, to determine whether the sealed records had been transmitted by the Fulton County Superior Court to the Georgia Supreme Court.  As of that date the sealed materials had not been received by the Georgia Supreme Court.

3. In a subsequent conference with the Fulton County Superior Court's clerk's office on February 6, 2014, a clerk with the appeals division stated that the sealed records had been recalled from archives and were currently being prepared for transmission to the Supreme Court.  The clerk estimated that the sealed records should be transmitted to the Supreme Court by the end of next week or shortly thereafter.

4. The parties promptly will notify the Court after they receive confirmation that the sealed records have been transmitted from the Fulton County Superior Court to the Georgia Supreme Court.  Based on discussions with the

Fulton County Superior Court's clerk's office it is anticipated that the materials will be received by the Supreme Court by the week of February 17, 2014.

Respectfully submitted, February 7, 2014.

| s/ Paula K. Smith | s/ C. Allen Garrett Jr. |
|---|---|
| Samuel S. Olens (Ga. Bar 551540) | A. Stephens Clay (Ga. Bar 129400) |
| Beth A. Burton (Ga. Bar 027500) | Miles J. Alexander (Ga. Bar 009000) |
| Paula K. Smith (Ga. Bar 662160) | Ronald L. Raider (Ga. Bar 592192) |
| GEORGIA DEPARTMENT OF LAW | C. Allen Garrett Jr. (Ga. Bar 286335) |
| 40 Capitol Square, SW | KILPATRICK TOWNSEND & |
| Atlanta, Georgia  30334-1300 |    STOCKTON LLP |
| Telephone:  (404) 656-3351 | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia 30309-4528 |
| *Counsel for Appellee* | Telephone:  (404) 815-6500 |
| *State of Georgia* | |
| | *Counsel for Appellant* |
| | *Jamil Abdullah Al-Amin* |

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

Dated: February 7, 2014.

| | |
|---|---|
| | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND | C. Allen Garrett Jr. |
|   & STOCKTON LLP | Georgia Bar No. 286335 |
| 1100 Peachtree Street, Suite 2800 | agarrett@kilpatricktownsend.com |
| Atlanta, Georgia 30309-4528 | |
| Telephone: (404) 815-6500 | *One of the Attorneys for Petitioner* |
| Facsimile: (404) 815-6555 | *Jamil Abdullah Al-Amin* |