IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>　　　　　Petitioner,<br><br>v.<br><br>DAVID A. BERKEBILE, Warden,<br>ADX Florence, and BRIAN OWENS,<br>Commissioner of the Georgia<br>Department of Corrections,<br><br>　　　　　Respondents. | CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

**FOURTH NOTICE OF DEVELOPMENTS REGARDING
STATE COURT RECORD**

　　　　Petitioner Jamil Al-Amin and Respondent Brian Owens respectfully provide the Court with a fourth notice of developments relative to the state court record.

　　　　1.　　On March 10, 2014, counsel for the parties notified the Court that they were in the process of reviewing hard copies of the voluminous sealed materials from the underlying trial that had been unsealed by the Georgia Supreme Court, to determine whether and to what extent such materials may be relevant to the claims and defenses in this federal habeas action and thus should be made part of the record in this action.  Doc. 72.

2. As a result of that review, counsel for the parties desire to copy certain portions of the sealed materials and to file those materials under seal as part of the record of this action.

3. On April 25, 2014, in response to an inquiry from counsel as to whether the Georgia Supreme Court would allow the parties to copy portions of the sealed materials for filing under seal in this action, the Clerk of the Supreme Court stated that a request to copy the sealed materials should be made in the first instance by motion to the trial court in the underlying action. The Clerk further stated that the sealed materials would be returned to the trial court promptly, to facilitate the trial court's consideration of a motion to copy portions of the sealed materials.

4. Following the return of the sealed materials to the trial court, counsel for the parties promptly will pursue an order to allow portions of the sealed materials to be copied and filed under seal in this action. The parties previously had met with the underlying trial court judge (Senior Judge Stephanie B. Manis) regarding this litigation and anticipate that she will address these issues promptly. *See* Doc. 69, Notice of Parties' Meeting with State Court Trial Judge.

5. Counsel apologizes for the delay in providing this latest Notice to this Court of developments regarding the state court record.  Counsel has diligently reviewed the voluminous sealed materials that were not part of the previously-filed record in this action and is endeavoring to complete the process of securing authorization to file pertinent portions of those materials under seal in this Court promptly.

Respectfully submitted, May 5, 2014.

| | |
|---|---|
| s/ Paula K. Smith | s/ C. Allen Garrett Jr. |
| Samuel S. Olens (Ga. Bar 551540) | A. Stephens Clay (Ga. Bar 129400) |
| Beth A. Burton (Ga. Bar 027500) | Miles J. Alexander (Ga. Bar 009000) |
| Paula K. Smith (Ga. Bar 662160) | Ronald L. Raider (Ga. Bar 592192) |
| GEORGIA DEPARTMENT OF LAW | C. Allen Garrett Jr. (Ga. Bar 286335) |
| 40 Capitol Square, SW | KILPATRICK TOWNSEND & |
| Atlanta, Georgia  30334-1300 | STOCKTON LLP |
| Telephone:  (404) 656-3351 | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia 30309-4528 |
| *Counsel for Respondent* | Telephone:  (404) 815-6500 |
| *Brian Owens* | |
| | *Counsel for Petitioner* |
| | *Jamil Abdullah Al-Amin* |

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>    Paula K. Smith, Esq.
>    psmith@law.ga.gov

Dated:  May 5, 2014.

|  |  |
|---|---|
|  | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND | C. Allen Garrett Jr. |
|    & STOCKTON LLP | Georgia Bar No. 286335 |
| 1100 Peachtree Street, Suite 2800 | agarrett@kilpatricktownsend.com |
| Atlanta, Georgia 30309-4528 |  |
| Telephone: (404) 815-6500 | *One of the Attorneys for Petitioner* |
| Facsimile: (404) 815-6555 | *Jamil Abdullah Al-Amin* |