IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555, | : | 28 U.S.C. § 2254 |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| DAVID BERKEBILE, Warden, and | : | |
| BRIAN OWENS, Commissioner, | : | |
| Respondents. | : | |

**ORDER**

Jamil Abdullah Al-Amin is a Georgia state prisoner housed in a federal prison in Colorado. Through counsel, Mr. Al-Amin filed in July 2013, a 115-page "Corrected Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody," [Doc. 57], and attached 155 pages of exhibits, *see* [Docs. 57-2 to 57-20]. Brian Owens, the Commissioner of the Georgia Department of Corrections and one of the two named Respondents, has moved to strike all of Mr. Al-Amin's exhibits as "irrelevant information." *See* [Doc. 62 at 3].

Mr. Owens' motion to strike is **DENIED WITHOUT PREJUDICE**.

Mr. Owens is advised that this Court will give irrelevant information no weight.

Per the terms of a Partial Scheduling Order dated October 30, 2013, *see*

[Doc. 67], that was entered at Mr. Al-Amin's request, *see* [Docs. 66 & 66-1], the parties have been filing periodic updates regarding their efforts to compile and submit the state court record, *see* [Docs. 69, 70, 71, 72, 73].  Their last update was filed on May 5, 2014.  *See* [Doc. 73].  I encourage the parties to conclude that process as expeditiously as possible, as this case has now been pending before the Court for over two years.

      **IT IS SO ORDERED**, this 8th day of July, 2014.

                                              _____
                                              GERRILYN G. BRILL
                                              UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)