IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>Petitioner,<br><br>v.<br><br>DAVID A. BERKEBILE, Warden,<br>ADX Florence, and BRIAN OWENS,<br>Commissioner of the Georgia<br>Department of Corrections,<br><br>Respondents. | CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

**SEVENTH NOTICE OF DEVELOPMENTS REGARDING
STATE COURT RECORD**

Petitioner Jamil Al-Amin and Respondent Brian Owens respectfully provide the Court with a seventh notice of developments relative to the state court record. The parties have copied and will begin filing pertinent sealed records this week, while they resolve one remaining issue.

1.     On August 20, 2014, counsel advised the Court that (a) certain sealed state court materials reviewed at the Georgia Supreme Court were not among the sealed materials reviewed at the state trial court on July 25, 2014; but (b) those materials had been located and would be reviewed on August 28, 2014.  Doc. 76.

2. The parties reviewed the sealed materials on August 28 and identified a handful of issues requiring additional clarification. All of these issues now have been resolved, with one exception.

3. The sealed materials included (a) an envelope sealed on March 14, 2002 containing "discovery materials" of the prosecution; and (b) an envelope sealed on March 26, 2002 containing "personal prosecution notes to be used in preparation for trial." Given the nature of these two envelopes of sealed materials, the parties immediately contacted the Fulton County District Attorney's office to confirm these materials fell within the parameters of the consent previously provided by the District Attorney's office to Mr. Al-Amin's request to unseal.

5. On September 12, 2014, the District Attorney stated there was no objection to unsealing of the sealed envelope containing "discovery materials," but objected to unsealing of the envelope containing "personal prosecution notes."

6. At the request of Chief Judge Tusan, counsel scheduled their review of the prosecution's "discovery materials" (and some additional materials) on September 19, 2014. During this review, counsel also conferred with Chief Judge Tusan's law clerk regarding the District Attorney's objection to unsealing the envelope containing "personal prosecution notes."

7. Later that day, Chief Judge Tusan's law clerk notified counsel for the parties and for the District Attorney that Senior Judge Manis had agreed to resolve the District Attorney's objection to unsealing of the envelope containing "personal prosecution notes" on September 26, 2014. In the meantime, counsel will begin filing the other sealed state court materials with this Court.

Respectfully submitted, September 22, 2014.

| | |
|---|---|
| s/ Paula K. Smith | s/ C. Allen Garrett Jr. |
| Samuel S. Olens (Ga. Bar 551540) | A. Stephens Clay (Ga. Bar 129400) |
| Beth A. Burton (Ga. Bar 027500) | Miles J. Alexander (Ga. Bar 009000) |
| Paula K. Smith (Ga. Bar 662160) | Ronald L. Raider (Ga. Bar 592192) |
| GEORGIA DEPARTMENT OF LAW | C. Allen Garrett Jr. (Ga. Bar 286335) |
| 40 Capitol Square, SW | KILPATRICK TOWNSEND & |
| Atlanta, Georgia 30334-1300 |    STOCKTON LLP |
| Telephone: (404) 656-3351 | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia 30309-4528 |
| *Counsel for Respondent* | Telephone: (404) 815-6500 |
| *Brian Owens* | |
| | *Counsel for Petitioner* |
| | *Jamil Abdullah Al-Amin* |

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

Dated:  September 22, 2014.

KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

s/ C. Allen Garrett Jr.
C. Allen Garrett Jr.
Georgia Bar No. 286335
agarrett@kilpatricktownsend.com

*One of the Attorneys for Petitioner Jamil Abdullah Al-Amin*