IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH ALAMIN,<br><br>   Petitioner<br><br>*v.*<br><br>BLAKE DAVID, WARDEN, ADX FLORENCE, SAMUEL S. OLENS. ATTORNEY GENERAL OF THE STATE OF GEORGIA, COMMISSIONER OF THE GEORGIA DEPARTMENT OF CORRECTIONS,<br><br>   Respondents | Civil Action No.<br><br>1:12-cv-1688-AT-GGB<br><br>HABEAS CORPUS<br>28 U.S.C. § 2254 |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Lori M. Beranek, herein files notice of her appearance in the above-styled case, and respectfully requests that she be entered as the attorney for the United States of America, an Interested Party.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*


<u>/s/ Lori M. Beranek</u>
LORI M. BERANEK
*Assistant United States Attorney*
Georgia Bar No. 053775
Lori.Beranek@usdoj.gov
*600 U.S. Courthouse*
*75 Spring Street, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Lori M. Beranek
LORI M. BERANEK
Assistant United States Attorney

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>Paula K. Smith
>Sr. Assistant Attorney General
>
>Ronald L. Raider
>C. Allen Garrett, Jr.,
>Kilpatrick Townsend & Stockton LLP

October 30, 2014