IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555 | : | 28 U.S.C. § 2254 |
|     Petitioner, | : | |
| | : | |
|     v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| DAVID BERKEBILE, Warden, and | : | |
| BRIAN OWENS, Commissioner, | : | |
|     Respondents. | : | |

**ORDER**

Counsel for the Respondents recently contacted my Chambers to request that a hearing be set to present an issue. Insofar as the issue was explained to a member of my staff, counsel is seeking a ruling on whether the Respondents can lawfully disclose FBI notes that they found in the state trial court and/or state habeas court records.

It appears that counsel for the Respondents has contacted the United States Attorney for the Northern District of Georgia about this matter, because a "Notice of Entry of Appearance" was filed on October 30, 2014, requesting that a federal government attorney "be entered as the attorney for the United States of America, an Interested Party." (Doc. 78 at 1).

AO 72A
(Rev.8/82)

Before I decide whether to set this matter for a hearing, I **ORDER** the parties to file briefs to clarify the issue(s) and what they are requesting that I do.

The Respondents' brief **SHALL BE DUE ON OR BEFORE JANUARY 5, 2015**. The Respondents should clearly state the issue(s) they are asking the Court to resolve and indicate what they believe to be the appropriate resolution(s). Among other things, the Respondents are directed to explain why this Court is the appropriate forum in which to seek a ruling on the *further* disclosure of FBI notes already disclosed and made a part of the *state* trial court and/or *state* habeas court records.

The Petitioner's Response **SHALL BE DUE WITHIN TWENTY-ONE (21) DAYS** of the date on which the Respondents' brief is filed.

The United States' Response, if any, also **SHALL BE DUE WITHIN TWENTY-ONE (21) DAYS** of the date on which the Respondents' brief is filed.

The Respondents' Reply, if any, **SHALL BE DUE WITHIN SEVEN (7) DAYS** of the date on which the Petitioner's Response is filed.

**IT IS SO ORDERED**, this 6th day of November, 2014.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)