IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID A. BERKEBILE, Warden, | : | |
| ADX Florence, and BRIAN OWENS, | : | |
| Commissioner of the Georgia | : | |
| Department of Corrections, | : | |
| | : | |
| Respondents. | : | |

NOTICE OF WITHDRAWAL OF
FBI'S PROPOSED PROTECTIVE ORDER
OF JANUARY 26, 2015

The United States Attorney, on behalf of the Federal Bureau of Investigation, herein withdraws the proposed Protected Order (attached to its

response of January 26, 2015, Docket No. 81) consistent with the discussion at today's status conference.

Respectfully submitted,

JOHN A. HORN
Acting United States Attorney

LORI M. BERANEK
Assistant United States Attorney
Ga. Bar No. 053775
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID A. BERKEBILE, Warden, | : | |
| ADX Florence, and BRIAN OWENS, | : | |
| Commissioner of the Georgia | : | |
| Department of Corrections, | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

s/ Lori M. Beranek
Lori M. Beranek
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served the within and foregoing Notice of Withdrawal of FBI's Proposed Protective Order of January 26, 2015 with the Clerk of Court using the CM/ECF system.

This 31st day of March, 2015.

s/ Lori M. Beranek
Lori M. Beranek
Assistant U.S. Attorney