# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-01688-AT-GGB Al-Amin v. Davis et al
### Honorable Gerrilyn G. Brill

Minute Sheet for proceedings held In Open Court on 03/31/2015.

TIME COURT COMMENCED: 2:02 P.M.
TIME COURT CONCLUDED: 2:25 P.M.
TIME IN COURT: 00:23
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: Denise Moeggenberg

ATTORNEY(S) PRESENT: Miles Alexander representing Jamil Abdullah Alamin
C. Allen Garrett, Jr. representing Jamil Abdullah Alamin
Lori Beranek representing United States of America
Paula K. Smith representing Brian Owens and David A. Berkebile

PROCEEDING CATEGORY: Telephone Conference(Motion Hearing Non-evidentiary);

MINUTE TEXT: Counsel for the Petitioner, the Respondent, and the United States of America, as an interested party, appeared by teleconference. Counsel for the United States advised that she would withdraw the proposed consent Protective Order [81-1] by April 1, 2015. Counsel for the Respondent advised that she would file, by appropriate motion, an alternative proposed consent Order by April 10, 2015.

HEARING STATUS: Hearing Concluded