IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | * | CIVIL ACTION NO. |
| | * | 1:12-CV-1688-AT-GGB |
| Petitioner, | * | |
| | * | |
| v. | * | HABEAS CORPUS |
| | * | 28 U.S.C. § 2254 |
| David A. BERKEBILE, Warden, | * | |
| ADX Florence, and | * | |
| HOMER BRYSON[1], Commissioner | * | |
| of the Georgia Department of | * | |
| Corrections, | * | |
| | * | |
| Respondents. | * | |

NOTICE OF FILING TWO MOTIONS
TO FILE DOCUMENTS FROM THE STATE CRIMINAL CASE
UNDER SEAL

Comes now the Corrections Commissioner, through counsel, Samuel S. Olens, Attorney General of Georgia, and makes gives notice that he has filed two unopposed motions to file, under seal, 28 documents from the underlying state criminal case.

The two motions and the 28 documents have been delivered to the chambers of the United State Magistrate Judge.

---

[1] Homer Bryson recently replaced Brian Owens as the Commissioner of the Georgia Department of Corrections and should be substituted for his predecessor pursuant to F.R.Civ.P.25(d).

Respectfully submitted,

SAMUEL S. OLENS                 551540
Attorney General


BETH A. BURTON                  027500
Deputy Attorney General


<u>s / Paula K. Smith                              </u>
PAULA K. SMITH                  662160
Senior Assistant Attorney General


Please serve:

PAULA K. SMITH
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia  30334-1300
Telephone: (404) 656-3351

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing NOTICE, by filing the same electronically with the CM/ECF system upon:

>C. Allen Garrett, Jr., Esq.
>Miles J. Alexander, Esq.
>A. Stephens Clay, Esq.
>Ronald L. Raider, Esq.
>Kilpatrick Townsend & Stockton LLP
>Atlanta, Georgia
>
>Lori M. Beranek
>Assistant United States Attorney
>600 United States Courthouse
>75 Spring Street, SW
>Atlanta, Georgia 30303

This  10th  day of April, 2015.

>s / Paula K. Smith_____
>Paula K. Smith
>Senior Assistant Attorney General