IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | * * | CIVIL ACTION NO. 1:12-CV-1688-AT-GGB |
| Petitioner, | * | * |
| v. | * * | HABEAS CORPUS 28 U.S.C. § 2254 |
| David A. BERKEBILE, Warden, ADX Florence, and HOMER BRYSON, Commissioner of the Georgia Department of Corrections, | * * * * * * | |
| Respondents. | * | |

## NOTICE OF FBI INTEREST

The Federal Bureau of Investigation (FBI) does not oppose Respondent Corrections Commissioner's motions to file documents under seal. The FBI has no objection to counsel for the parties in this habeas proceeding having access to all sealed documents.

Should the Court deny the Respondent's motions to file documents under seal, the FBI requests a brief opportunity of no less than ten (10) days to review (through the undersigned and FBI counsel) all documents sealed by the state court and filed herein and to provide its position with respect to the sensitive

nature of any federal interest reflected in the sealed documents. *See United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).

Respectfully submitted,

JOHN A. HORN
Acting United States Attorney

LORI M. BERANEK
Assistant United States Attorney
Ga. Bar No. 053775
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID A. BERKEBILE, Warden, | : | |
| ADX Florence, and HOMER BRYSON, | : | |
| Commissioner of the Georgia | : | |
| Department of Corrections, | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

s/ Lori M. Beranek
Lori M. Beranek
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing Notice of FBI Interest with the Clerk of Court using the CM/ECF system.

This 10th day of April, 2015.

s/ Lori M. Beranek
Lori M. Beranek
Assistant U.S. Attorney