IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, | CIVIL ACTION NO. |
| | 1:12-CV-1688-AT-GGB |
| Petitioner, | |
| v. | |
| DAVID EBBART, Warden, ADX Florence, and HOMER BRYSON, Commissioner of the Georgia Department of Corrections, | |
| Respondents. | |

## NOTICE OF COMPLIANCE BY FEDERAL BUREAU OF INVESTIGATION WITH COURT'S AMENDED ORDER OF APRIL 23, 2015

The United States Attorney, as counsel for the Federal Bureau of Investigation, herein gives notice of compliance with the Magistrate Court's Amended Order of April 23, 2015 directing it to provide to the Magistrate Court clean and redacted copies of each page in Document 28 showing the material the FBI asks to be redacted. The FBI requests the opportunity to be heard by the

Court with the Attorneys of Record present, in chambers, if the proposed redactions are of concern to the Court.

        Respectfully submitted,

        JOHN A. HORN
        Acting United States Attorney

        LORI M. BERANEK
        Assistant United States Attorney
        Ga. Bar No. 053775
        600 Richard B. Russell Building
        75 Spring Street, S.W.
        Atlanta, Georgia 30303
        (404) 581-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, | CIVIL ACTION NO. |
| | 1:12-CV-1688-AT-GGB |
| Petitioner, | |
| v. | |
| DAVID EBBART, Warden, ADX Florence, and HOMER BRYSON, Commissioner of the Georgia Department of Corrections, | |
| Respondents. | |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

s/ Lori M. Beranek
Lori M. Beranek
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing Notice of Compliance by Federal Bureau of Investigation with Court's Amended Order of April 23, 2015 (without documents) with the Clerk of Court using the CM/ECF system.

This 30th day of April, 2015.

s/ Lori M. Beranek
Lori M. Beranek
Assistant U.S. Attorney