# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, BOP ID 99974-555,　　Petitioner,　v.　DAVID EBBART, Warden, and HOMER BRYSON, Commissioner, Georgia Department of Corrections,　　Respondents. | HABEAS CORPUS 28 U.S.C. § 2254　CIVIL ACTION NO. 1:12-CV-1688-AT-GGB |

## PETITIONER'S UPDATE REGARDING SEALED STATE COURT RECORDS

Petitioner Jamil Al-Amin briefly updates the Court on the parties' progress regarding the sealed state court records.

1. Counsel for the FBI completed her review of the sealed records and hand-delivered copies of the proposed redactions to counsel for the parties on May 11, 2015.  The parties thereafter resolved a handful of minor issues regarding the FBI's proposed redactions.

2. In addition to the FBI's proposed redactions, additional redactions must be made before copies of the state court sealed documents will be ready to be

filed on the public record.  Specifically, in accordance with N.D. Ga. Standing Order 04-02, identifying information for numerous individuals must be redacted.  Counsel for the parties are endeavoring to complete that process as quickly as possible.

3. The parties also have been working on a consent motion to Senior Judge Manis seeking an order allowing the state court sealed records (with the above-referenced redactions) to be filed on the public record in this federal habeas action.  The parties expect to reach agreement on that consent motion within the next week.  Based on continuing discussions with Senior Judge Manis, it is anticipated she will enter an order granting the consent motion promptly.

4. Counsel for Mr. Al-Amin circulated this filing to counsel for Respondents and counsel for the FBI, both of whom have consented to its filing.

Respectfully submitted, May 22, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND &<br>     STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Telephone:  (404) 815-6500 | s/ C. Allen Garrett Jr.<br>A. Stephens Clay (Ga. Bar 129400)<br>Miles J. Alexander (Ga. Bar 009000)<br>Ronald L. Raider (Ga. Bar 592192)<br>C. Allen Garrett Jr. (Ga. Bar 286335) |

*Counsel for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

>Lori M. Beranek
>Lori.Beranek@usdoj.gov

Dated:  May 22, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555 | s/ C. Allen Garrett Jr.<br>C. Allen Garrett Jr.<br>Georgia Bar No. 286335<br>agarrett@kilpatricktownsend.com<br><br>*One of the Attorneys for Petitioner*<br>*Jamil Abdullah Al-Amin* |