IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555, | : | 28 U.S.C. § 2254 |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| DAVID EBBART, Warden, and | : | |
| HOMER BRYSON, Commissioner, | : | |
| Respondents. | : | |

## **ORDER**

Petitioner Jamil Adbullah Al-Amin has filed a Motion for Leave to Conduct Discovery, seeking permission to serve a subpoena on the Federal Bureau of Investigation (the "FBI") in the form of Exhibit 7 to his motion. *See* (Doc. 100 at 19; *id.* at Ex. 7). Respondent Homer Bryson has responded that he "does not oppose Petitioner's motion for leave to conduct discovery from the FBI." (Doc. 107 at 2). Respondent David Ebbart has not responded, thus indicating that he does not oppose the Petitioner's motion. *See* LR 7.1B, NDGa. ("Failure to file a response shall indicate that there is no opposition to the motion.")

I therefore **GRANT** Petitioner permission to serve a subpoena on the FBI in the form of Exhibit 7 to his Motion for Leave to Conduct Discovery.

AO 72A
(Rev.8/82)

Unless extended for good cause, the discovery period in this case **SHALL CLOSE ON SEPTEMBER 8, 2015**, and any requests for permission to further amend the pleadings or expand the record in this case **SHALL BE DUE NO LATER THAN SEPTEMBER 15, 2015**.

**IT IS SO ORDERED**, this 6th day of August, 2015.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)