IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, BOP ID 99974-555, <br><br> Petitioner, <br><br> v. <br><br> DAVID EBBART, Warden, and HOMER BRYSON, Commissioner, Georgia Department of Corrections, <br><br> Respondents. | HABEAS CORPUS <br> 28 U.S.C. § 2254 <br><br> CIVIL ACTION NO. <br> 1:12-CV-1688-AT-GGB |

**NOTICE OF INTENT TO FILE REPLY**

Petitioner Jamil Abdullah Al-Amin hereby gives notice of his intent to file a timely Reply, in accordance with L.R. 7.1(C), to Respondent Homer Bryson's "Response in Opposition to Petitioner's Motion to Expand the Record" [Dkt. 106].

Dated:     August 7, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND & <br>    STOCKTON LLP <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4528 <br> Telephone:  (404) 815-6500 | s/ C. Allen Garrett Jr. <br> A. Stephens Clay (Ga. Bar 129400) <br> Miles J. Alexander (Ga. Bar 009000) <br> Ronald L. Raider (Ga. Bar 592192) <br> C. Allen Garrett Jr. (Ga. Bar 286335) |

*Counsel for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

>Lori M. Beranek
>Lori.Beranek@usdoj.gov

Dated: August 7, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND   & STOCKTON LLP 1100 Peachtree Street, Suite 2800 Atlanta, Georgia 30309-4528 Telephone: (404) 815-6500 Facsimile: (404) 815-6555 | s/ C. Allen Garrett Jr. C. Allen Garrett Jr. Georgia Bar No. 286335 agarrett@kilpatricktownsend.com  *One of the Attorneys for Petitioner Jamil Abdullah Al-Amin* |