IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, BOP ID 99974-555,<br><br>Petitioner,<br><br>v.<br><br>DAVID EBBART, Warden, and HOMER BRYSON, Commissioner, Georgia Department of Corrections,<br><br>Respondents. | HABEAS CORPUS<br>28 U.S.C. § 2254<br><br><br>CIVIL ACTION NO.<br>1:12-CV-1688-AT-GGB |

**NOTICE OF PETITIONER'S CONSENT TO SEVEN-DAY EXTENSION OF TIME FOR FBI TO RESPOND TO SUBPOENA**

Petitioner Jamil Abdullah Al-Amin hereby notifies the Court that the Federal Bureau of Investigation ("FBI") has requested, and Mr. Al-Amin has agreed to, a seven-day extension of time for the FBI to respond to the subpoena served by Mr. Al-Amin, up to and including August 28, 2015.  Although Mr. Al-Amin does not seek an extension of the discovery period or the deadline to file any motions to further amend the pleadings or expand the record at this time, he reserves the right to seek an extension after receiving the FBI's response to the subpoena, if good cause then exists to request such an extension.

- 2 -

Dated: August 21, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND & <br>    STOCKTON LLP <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4528 <br> Telephone:  (404) 815-6500 | s/ C. Allen Garrett Jr. <br> A. Stephens Clay (Ga. Bar 129400) <br> Miles J. Alexander (Ga. Bar 009000) <br> Ronald L. Raider (Ga. Bar 592192) <br> C. Allen Garrett Jr. (Ga. Bar 286335) |

*Counsel for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

>Lori M. Beranek
>Lori.Beranek@usdoj.gov

Dated:  August 21, 2015.

| | |
|---|---|
| | s/ C. Allen Garrett Jr. |
| KILPATRICK TOWNSEND | C. Allen Garrett Jr. |
|    & STOCKTON LLP | Georgia Bar No. 286335 |
| 1100 Peachtree Street, Suite 2800 | agarrett@kilpatricktownsend.com |
| Atlanta, Georgia 30309-4528 | |
| Telephone: (404) 815-6500 | *One of the Attorneys for Petitioner* |
| Facsimile: (404) 815-6555 | *Jamil Abdullah Al-Amin* |