IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555, | : | 28 U.S.C. § 2254 |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| DAVID EBBART, Warden, and | : | |
| HOMER BRYSON, Commissioner, | : | |
| Respondents. | : | |

## ORDER

The Federal Bureau of Investigation (the "FBI") has filed a motion seeking an extension of time through September 11, 2015, to respond to a subpoena issued on August 21, 2015, by Petitioner Jamil Adbullah Al-Amin (the "Subpoena"), and the FBI represents in its motion that Mr. Al-Amin has no objection "provided the discovery period and related deadlines are extended for an equivalent period."  (Doc. 113 at 1).

The FBI's motion is **GRANTED**.

Unless further extended for good cause:  the FBI's deadline to respond to the Subpoena **SHALL BE SEPTEMBER 11, 2015**; the discovery period in this case **SHALL CLOSE ON SEPTEMBER 22, 2015**; and any requests for permission to further amend the pleadings or expand the record in this case **SHALL BE DUE NO LATER THAN SEPTEMBER 29, 2015**.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED**, this 1st day of September, 2015.

_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE