# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555, | : | 28 U.S.C. § 2254 |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| DAVID EBBART, Warden, and | : | |
| HOMER BRYSON, Commissioner, | : | |
|     Respondents. | : | |

## ORDER

On September 29, 2015, the Petitioner, through counsel, stated that he "does not seek to amend his habeas petition further." (Doc. 116 at 7). Thus, the operative petition is the Third Amended Petition for Writ of Habeas Corpus by a Person in State Custody. (Doc. 99).

The Respondents are **DIRECTED TO FILE NO LATER THAN OCTOBER 21, 2015**, an Answer-Response and accompanying brief showing cause why the Petitioner's Third Amended Petition should not be granted.

The Answer-Response and brief should be comprehensive and should not incorporate any prior filing(s) by reference.

Any Reply from the Petitioner **SHALL BE FILED NO LATER THAN OCTOBER 28, 2015**.

AO 72A
(Rev.8/82)

The Reply, if any, should not incorporate any prior filing(s) by reference.

As the Petitioner and Respondents were previously instructed, "[a]ny fact relied on . . . must include a cite to the attachment and page number given by Adobe File Reader linked to the Court's case file database ("CM/ECF"). (Doc. 54 at 2).

**IT IS SO ORDERED**, this 7th day of October, 2015.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)