# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, BOP ID 99974-555, | HABEAS CORPUS 28 U.S.C. § 2254 |
| Petitioner, | |
| v. | CIVIL ACTION NO. 1:12-CV-1688-AT-GGB |
| DAVID EBBART, Warden, and HOMER BRYSON, Commissioner, Georgia Department of Corrections, | |
| Respondents. | |

## PETITIONER'S NOTICE OF INTENT TO ADDRESS ALL *BRADY* ISSUES AS PART OF REPLY DUE OCTOBER 28, 2015

By Order dated October 7, 2015, this Court ordered Respondents to file their Answer-Response to Petitioner's Third Amended Habeas by October 21, 2015 and Petitioner to file any Reply by October 28, 2015. [Dkt. 118.] A few hours before the October 7, 2015 Order, Petitioner filed and served a "Supplement" to his Second Motion to Expand the Record, notifying the Court of recently-produced documents supporting his *Brady* claim and stating Petitioner's intent to file any motion to amend based on those documents by October 16, 2015. [Dkt. 117.] In light of the October 7, 2015 Order, Petitioner hereby notifies the Court and

- 2 -

Respondents that he *does not intend* to move for leave to amend his Petition on October 16, 2015, but instead will respond to any arguments of Respondents regarding the new *Brady* documents in his Reply due October 28, 2015.

Dated: October 7, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND & <br>    STOCKTON LLP <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4528 <br> Telephone:  (404) 815-6500 | s/ C. Allen Garrett Jr. <br> A. Stephens Clay (Ga. Bar 129400) <br> Miles J. Alexander (Ga. Bar 009000) <br> Ronald L. Raider (Ga. Bar 592192) <br> C. Allen Garrett Jr. (Ga. Bar 286335) |

*Counsel for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov
>
>Lori M. Beranek
>Lori.Beranek@usdoj.gov

Dated:  October 7, 2015.

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555 | s/ C. Allen Garrett Jr.<br>C. Allen Garrett Jr.<br>Georgia Bar No. 286335<br>agarrett@kilpatricktownsend.com<br><br>*One of the Attorneys for Petitioner*<br>*Jamil Abdullah Al-Amin* |