# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-01688-AT-GGB
### Al-Amin v. Ebbart, et al.
### Honorable Gerrilyn G. Brill

Minute Sheet for proceedings held In Open Court on 11/13/2015.

TIME COURT COMMENCED: 2:32 P.M.
TIME COURT CONCLUDED: 3:14 P.M.    COURT REPORTER: Judith Wolff
TIME IN COURT: 00:42               DEPUTY CLERK: Denise Moeggenberg
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:   Miles Alexander representing Jamil Abdullah Al-Amin;
Alexander Clay representing Jamil Abdullah Al-Amin;
C. Allen Garrett, Jr. representing Jamil Abdullah Al-Amin;
Paula Smith representing Homer Bryson

PROCEEDING CATEGORY:   Telephone Conference

MINUTE TEXT:   Court instructed plaintiff to file a fourth amended petition by 11/24/2015 to clarify Brady claim(s). Defendant's response due 11/30/2015. Plaintiff's reply brief due 12/4/2015.