IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | * | CIVIL ACTION NO. |
| | * | 1:12-CV-1688-AT-GGB |
| Petitioner, | * | |
| | * | |
| v. | * | HABEAS CORPUS |
| | * | 28 U.S.C. § 2254 |
| DAVID EBBART, Warden, and | * | |
| HOMER BRYSON, Commissioner | * | |
| of the Georgia Department of | * | |
| Corrections, | * | |
| | * | |
| Respondents. | * | |

CORRECTION TO FOURTH SUPPLEMENTAL ANSWER-RESPONSE
OF RESPONDENT BRYSON AND THE BRIEF IN RESPONSE (Doc. 130, 131)

COMES NOW Respondent Bryson, through counsel, and makes this correction to his supplemental answer and response (Doc. 130) and the brief in support (Doc. 131), by showing and stating as follows:

1.

Respondent adopts and incorporates by reference herein his fourth amended answer (Doc. 130) and the brief in support (Doc. 131) filed on December 1, 2015, but corrects paragraph 7(d) of the answer (Doc. 130 at p. 7) and the first paragraph of Section D (Doc. 131 at p. 37) with respect to the portion of Claim IV concerning the notes of an interview with an Alabama doghandler about where a gun was found. Respondent had erroneously referred to this portion of Claim IV as being

based on the notes of the Alabama deputy, instead of referring to this claim as based on notes of an interview with the Alabama doghandler, Sergeant Rogers, about where a gun was found.

2.

In the body of the brief, Respondent did address this issue as based on handwritten notes of an interview with Sergeant Rogers.  (Doc. 131 at 47).

3.

Respondent hereby files this correction to avoid any confusion.  Due to the voluminous nature of the pleadings already filed in this case, Respondent will not file corrected versions in toto of his answer and supporting brief addressing the grounds of the fourth amended petition.

4.

Respondent apologizes for the error and for any inconvenience occasioned the Court and opposing counsel.

CONCLUSION

WHEREFORE, Respondent files this correction to his fourth supplemental answer and brief in support and prays that the Court deny habeas corpus relief.

                                              Respectfully submitted,

                                              SAMUEL S. OLENS      551540
                                              Attorney General

                                              BETH A. BURTON       027500
                                              Deputy Attorney General

                                              s / Paula K. Smith _____
                                              PAULA K. SMITH       662160
                                              Senior Assistant Attorney General

Please serve:

PAULA K. SMITH
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia  30334-1300
Telephone: (404) 656-3351

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing CORRECTION, by filing the same electronically with the CM/ECF system:

>A. Stephens Clay, Esq.
>Miles J. Alexander, Esq.
>Ronald L. Raider, Esq.
>C. Allen Garrett, Jr., Esq.
>Kilpatrick Townsend & Stockton LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309-4528

This  3rd  day of December, 2015.

>s / Paula K. Smith_____
>Paula K. Smith
>Senior Assistant Attorney General