IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN, BOP ID 99974-555, <br><br> Petitioner, <br><br> v. <br><br> JOHN "J.T." SHARTLE, Warden[1], and HOMER BRYSON, Commissioner, Georgia Department of Corrections, <br><br> Respondents. | HABEAS CORPUS <br> 28 U.S.C. § 2254 <br><br><br> CIVIL ACTION NO. <br> 1:12-CV-1688-AT-GGB |

**PETITIONER'S UNOPPOSED AMENDMENT TO WITHDRAW AND
DELETE *BRADY* CLAIM (CLAIM IV)**

In his Fourth Amended Habeas Petition, Petitioner Jamil Al-Amin requested, in the event the Court did not find an exception to the exhaustion requirement for his new claim under *Brady v. Maryland*, 373 U.S. 83 (1963), that he be given seven days "either to move for a stay-and-abeyance under *Rhines* or to dismiss his *Brady* claim without prejudice to his filing of a successive Georgia state habeas

---

[1] On or about December 18, 2015, Mr. Al-Amin was transferred to USP Tucson in Tucson, Arizona. Accordingly, with the consent of Respondent Bryson and in accordance with Fed. R. Civ. P. 25, Mr. Al-Amin hereby substitutes John "J.T." Shartle, the Warden of USP Tucson, as the federal Respondent.

petition under O.C.G.A. § 9-14-51." Fourth Am. Pet., at 148 [Dkt. 128, at 163]. On December 17, 2015, the Court declined to find an exception to exhaustion for the new *Brady* claim and ordered Mr. Al-Amin "either to (A) move for a stay-and-abeyance under *Rhines*, or (B) dismiss his *Brady* claim from his Fourth Amended Petition . . . consistent with his request." [Dkt. 134, at 7.]

In response to the Court's Order, Mr. Al-Amin hereby amends his Fourth Amended Habeas Petition to WITHDRAW and DELETE his *Brady* claim (Claim IV). *See Rhines v. Weber*, 544 U.S. 269, 278 (2005) (in the absence of a stay-and-abeyance, petitioner should be allowed to "delete" unexhausted claim). Respondent Homer Bryson does not oppose this amendment. *See* Fed. R. Civ. P. 15(a)(2) (allowing amendments by consent).

In light of the voluminous pleadings in this action, and in accordance with Civil L.R. 15.1, Mr. Al-Amin hereby adopts and incorporates the remainder of his Fourth Amended Petition, other than the withdrawn and deleted *Brady* claim.

Dated:   December 23, 2015.

| KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Telephone: (404) 815-6500 | s/ C. Allen Garrett Jr.<br>A. Stephens Clay (Ga. Bar 129400)<br>Miles J. Alexander (Ga. Bar 009000)<br>Ronald L. Raider (Ga. Bar 592192)<br>C. Allen Garrett Jr. (Ga. Bar 286335) |
|---|---|

*Counsel for Petitioner Jamil Abdullah Al-Amin*

## CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

>Paula K. Smith, Esq.
>psmith@law.ga.gov

>Lori M. Beranek
>Lori.Beranek@usdoj.gov

Dated: December 23, 2015.

| | |
|---|---|
| KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555 | s/ C. Allen Garrett Jr.<br>C. Allen Garrett Jr.<br>Georgia Bar No. 286335<br>agarrett@kilpatricktownsend.com<br><br>*One of the Attorneys for Petitioner*<br>*Jamil Abdullah Al-Amin* |