IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555, | : | 28 U.S.C. § 2254 |
|    Petitioner, | : | |
| | : | |
|    v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT-GGB |
| DAVID EBBART, Warden, and | : | |
| HOMER BRYSON, | : | |
| Commissioner, | : | |
|    Respondents. | : | |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION OF UNITED STATES MISTRATE JUDGE

Attached is the report and recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) and this Court's LR 72.  Let the same be filed and a copy, with a copy of this Order, be served upon counsel for the parties.

Each party may file written objections, if any, to the report and recommendation within fourteen days of receipt of this Order.  28 U.S.C. § 636(b). Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible

AO 72A
(Rev.8/82)

for obtaining and filing the transcript of any evidentiary hearing for review by the district court.  If no objections are filed, the report and recommendation may be adopted as the opinion and order of the district court and any appellate review of factual findings and conclusions of law will be limited to a plain error review.  *See* 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the district court after expiration of the above time period.

**IT IS SO ORDERED**, this 24th day of March, 2016.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE