IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | : | HABEAS CORPUS |
| BOP ID 99974-555, | : | 28 U.S.C. § 2254 |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-1688-AT |
| JOHN "J.T." SHARTLE, Warden, | : | |
| and HOMER BRYSON, | : | |
| Commissioner, | : | |
|     Respondents. | : | |

## ORDER

Petitioner has filed a Request for Oral Argument [146] on his Objections [143] to a Final Report and Recommendation [136] entered in this case. Respondent Homer Bryson has indicated that he "does not oppose Petitioner's request" [147 at 2]. Accordingly, the Petitioner's Request for Oral Argument is **GRANTED**.

The Court will be in touch with counsel for all parties to schedule a hearing at a mutually convenient date and time.

**SO ORDERED**, this 18th day of October, 2016.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE