IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIL ABDULLAH AL-AMIN, | * | CIVIL ACTION NO. |
| | * | 1:12-CV-1688-AT-GGB |
| Petitioner, | * | |
| | * | |
| v. | * | HABEAS CORPUS |
| | * | 28 U.S.C. § 2254 |
| JOHN "J.T." SHARTLE, Warden, and | * | |
| HOMER BRYSON, Commissioner, | * | |
| Georgia Department of Corrections, | * | |
| | * | |
| Respondents. | * | |

RESPONDENT'S CITATION OF AUTHORITY FOR ORAL ARGUMENT

Comes now Respondent Bryson, through counsel, Christopher M. Carr, Attorney General of Georgia, and gives notice of his intent to rely upon the following authority at oral argument concerning Petitioner's objections to the Report and Recommendation, scheduled for November 18, 2016, per the Court's order granting his motion for argument (Doc. 148):

Berghuis v. Thompkins, 560 U.S. 370, 389 (IV) (2010).

This case, discussing the interplay between de novo review and the standard of deference of 28 U.S.C. § 2254(d), was not cited in Respondent's brief in support of his answer to the fourth amended petition, nor did Respondent file a response to Petitioner's objections as responses are not required by the Rules Governing § 2254 Cases.  Berghuis may become relevant during oral argument.

Respectfully submitted,

CHRISTOPHER M. CARR    112505
Attorney General

BETH A. BURTON    027500
Deputy Attorney General

s / Paula K. Smith_____
PAULA K. SMITH    662160
Senior Assistant Attorney General

Please serve:

PAULA K. SMITH
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia  30334-1300
Telephone: (404) 656-3351

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the foregoing CITATION, by filing the same electronically with the CM/ECF system:

>C. Allen Garrett, Jr., Esq.
>Kilpatrick Townsend & Stockton LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309-4528

This 17th day of November, 2016.

>s /Paula K. Smith_____
>Paula K. Smith
>Senior Assistant Attorney General