# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-01688-AT
### Al-Amin v. Ebbart, et al.
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/18/2016.

TIME COURT COMMENCED: 11:26 A.M.
TIME COURT CONCLUDED: 1:11 P.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 1:45                  DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Miles Alexander representing Jamil Abdullah Alamin<br>C. Garrett representing Jamil Abdullah Alamin<br>Joe Reynolds representing Jamil Abdullah Alamin<br>Paula Smith representing Homer Bryson |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court heard argument from Petitioner and Respondent on the [136] Report and Recommendation and Petitioner's [143] Objections thereto. The parties are to submit the cites as requested by the Court via separate submission after the conclusion of the hearing. Either side may provide in writing to the Court recommended portions of the transcript for further review. |